AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF___NEVADA___

JOHN MICHAEL TRIBLE,

        Plaintiff,                 **JUDGMENT IN A CIVIL CASE**

  V.

                                  CASE NUMBER:  **3:11-CV-00441-RCJ-WGC**

BANK OF AMERIAC, N.A., et al.,

        Defendants.

___     **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___     **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

**X**     **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Motion to Dismiss (#9) is **GRANTED**.

   ___October 31, 2011___                           **LANCE S. WILSON**
                                                    Clerk

                                    ___/s/ D. R. Morgan___
                                          Deputy Clerk