AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

JOHN MICHAEL TRIBLE,

    Plaintiff,

V.

BANK OF AMERIAC, N.A., et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:11-CV-00441-RCJ-WGC**

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Motion to Dismiss (#9) is **GRANTED**.

  October 31, 2011

**LANCE S. WILSON**
Clerk

/s/ D. R. Morgan
Deputy Clerk