1  ARIEL E. STERN, ESQ.
   Nevada Bar No. 8276
2  DIANA S. ERB, ESQ.
   Nevada Bar No. 10580
3  AKERMAN SENTERFITT LLP
   1160 Town Center Drive, Suite 330
4  Las Vegas, Nevada 89144
   Telephone:  (702) 634-5000
5  Facsimile:  (702) 380-8572

6  *Attorneys for Defendants Bank of America, N.A., itself
   and as successor by merger to BAC Home Loans Servicing, LP*
7  *PRLAP, Inc., and ReconTrust Company, N.A.*

8

9               UNITED STATES DISTRICT COURT OF NEVADA

10                        STATE OF NEVADA

11 | JOHN MICHAEL TRIBLE,              | CASE NO. 3:11-cv-00441-RCJ-RAM
12 |                    Plaintiff,     |
13 | v.                                | **ORDER CANCELING LIS PENDENS**
14 | BANK OF AMERICA, N.A.; PRLAP, INC.;|
   | RECONTRUST COMPANY, N.A.; BAC     |
15 | HOME LOANS SERVICING, LP; FIRST   |
   | AMERICAN TITLE INSURANCE COMPANY; |
16 | CHARLOTTE OLMOS; and DOES 1-24    |
   | CORPORATIONS, DOES and ROES 1-25  |
17 | Individuals, Partnerships, or anyone claiming any |
   | interest to the property described in the action, |
18 |                                   |
   |                    Defendants.    |
19

20
        The Court issued an Order granting Defendants Bank of America, N.A., itself and as
21
   successor by merger to BAC Home Loans Servicing, LP, ReconTrust, N.A. and PRLAP, INC.
22
   (collectively "Defendants") Motion to Dismiss on October 25, 2011 [Dkt. 17].
23
        Defendants request that the Lis Pendens Plaintiff John Michael Trible recorded against the
24
   subject property be canceled.
25
        The Court finds that Plaintiff John Michael Trible recorded a Notice of Lis Pendens on or
26
   about June 24, 2011, as Document 0115247, in the real property records maintained by the Storey
27

28

{22464681;1}

County Recorded. A copy of the Lis Pendens is attached hereto as **Exhibit A** and fully incorporated by reference.

Upon consideration of Defendants' request to cancel the above referenced Llis Pendens, and good cause appearing therefor, the Court hereby grants Defendants their requested relief and rules as follows:

1. It is ordered, adjudged and decreed that this order canceling the above referenced Lis Pendens is hereby cancelled, released and expunged.

2. It is further ordered, adjudged and decreed that this order canceling the above referenced Lis Pendens has the same effect as an expungement of the original Lis Pendens.

3. It is further ordered, adjudged and decreed that Defendants record a properly certified copy of this Cancellation Order in the real property records of Washoe County, Nevada within a reasonable amount of time from the date of this Order's issue.

IT IS SO ORDERED.

_____
United States District Court Judge

DATED: 04-03-2012

Submitted by:
**Akerman Senterfitt LLP**

/s/ Diana S. Erb
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DIANA S. ERB, ESQ.
Nevada Bar No. 10580
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Defendants Bank of America, N.A., itself and as successor by merger to BAC Home Loans Servicing, LP PRLAP, Inc., and ReconTrust Company, N.A.*

# EXHIBIT A

# EXHIBIT A

{20628576;1}

APN# 003-061-20

Recording Requested by:
Name: ~~Rick Lawton's Law Office~~
Address: ~~1460 Hwy 95A, North, Ste 1~~
City/State/Zip: ~~Fernley, NV 89408~~

When Recorded Mail to:
Name: SAME
Address:
City/State/Zip:

Mail Tax Statement to:
Name: N/A
Address:
City/State/Zip:

```
DOC # 0115247
06/24/2011        09:17 AM
Official Record
Recording requested By
RICK LAWTONS LAW OFFICE
Storey County - NV
Jen Chapman - Recorder
Fee: $16.00        Page 1 of 3
RPTT:              Recorded By: JC
Book-    Page-
```

0115247

( for Recorder's use only )

NOTICE OF LIS PENDENS
( Title of Document )

Please complete Affirmation Statement below:

☑ I the undersigned hereby affirm that the attached document, including any exhibits, hereby submitted for recording does not contain the personal information of any person or persons. (Per NRS 239B.030)

-OR-

☐ I the undersigned hereby affirm that the attached document, including any exhibits, hereby submitted for recording does contain the personal information of a person or persons as required by law: _____ (State specific law)

_____
Signature                         Title

Rick Lawton
_____
Printed Name

This page added to provide additional information required by NRS 111.312 Sections 1-2 and NRS 239B.030 Section 4.

This cover page must be typed or printed in black ink.    (Additional recording fee applies)

0115247  Book: 1  06/24/2011
Page: 2 of 3

| | |
|---|---|
| Rick Lawton, Esquire<br>State Bar Number 00694<br>1460 Hwy 95A, North #1<br>Fernley, NV 89408<br>775 867 5599<br>775 867 2559 [fax]<br>Attorney for Plaintiff | COPY<br><br>FILED<br>2011 JUN 24  AM 9:06<br>STOREY COUNTY CLERK<br>BY_____<br>DEPUTY |

IN THE FIRST JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

IN AND FOR THE COUNTY OF STOREY

| | |
|---|---|
| JOHN MICHAEL TRIBLE,<br><br>    *Plaintiff*<br><br>vs.<br><br>BANK OF AMERICA, N.A.; PRLAP, INC.; RECONTRUST COMPANY, N.A.; BAC HOME LOANS SERVICING, LP; FIRST AMERICAN TITLE INSURANCE COMPANY; CHARLOTTE OLMOS; and DOES 1-25 CORPORATIONS, DOES and ROES 1-25 Individuals, Partnerships, or anyone claiming any interest to the property described in the action,<br><br>    *Defendants.* | Case No. 11 RP 00004 1E<br><br>Dept. No. 1 |

## NOTICE OF LIS PENDENS

NOTICE IS HEREBY GIVEN that an action has been commenced **TO QUIET TITLE** in the above-entitled Court by the above-named Plaintiffs against the above-named Defendants to quiet the title for the premises and real estate in the Complaint in said action, and hereinafter described, and to determine all and every claim, estate or interest therein of said Defendants, adverse to said Plaintiffs, and the premises

1

Rick Lawton's Law Office
1460 Hwy 95A N. Ste. 1
Fernley, Nevada 89408
Ph: 775-575-2208
Fax: 775-575-2406
1-877-626-4726
lawtonrick@earthlink.net

*** THIS IS AN UNOFFICIAL COPY *** Case 3:11-cv-00441-RCJ -RAM   Document 9-22   Filed 07/15/11   Page 4 of 4

0115247  Book: 2   06/24/2011   Page: 3 of 3

1. affected by this suit are situated in the County of Washoe, State of Nevada, and is more
2. particularly described as follows:
3. 
4. Legal description: LOT 41, IN BLOCK G, OF VIRGINIA CITY HIGHLANDS NO. 1, ACCORDING TO THE OFFICAL PLAT THEREOF, FILED IN THE OFFICE OF THE COUNTY RECORDER OF STOREY COUNTY, ON APRIL 13, 1972, AS FILE NO. 35070, LEGAL DESCRIPTION TAKEN FROM: DEED RECORDED 09/27/02 AS BOOK 155 AND PAGE 944, AS INSTRUMENT NO. 092607 0038120.
5. 
6. APN: 003-061-20

**AFFIRMATION**

Pursuant to NRS 239B.030, I hereby certify that the foregoing document does not contain the social security number of any person.

Respectfully submitted this 27th day of June, 2011.

LAW OFFICE RICK LAWTON P.C.

BY _____
RICK LAWTON, ESQ.
State Bar # 00694
1460 Hwy 95A, North, Ste. 1
Fernley, Nevada 89408

**CERTIFIED COPY**
The document to which this certificate is attached is a full, true, and correct copy of the original on file and of record in this office.
Date _6-24-11_
Storey County Clerk and Ex-Officio Clerk of the First Judicial District of the State of Nevada.
By _____ , Deputy

Rick Lawton's Law Office

1460 Hwy 95A N. Ste. 1
Fernley, Nevada 89408
Ph: 775-575-2208
Fax: 775-575-2406
1-877-626-4726
lawtonrick@earthlink.net

2